**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY RIOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUARANTEED RATE AFFINITY, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:21-cv-05429-FMO-E<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

1

[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE

# **ORDER**

Having considered Plaintiff's Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(2), and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Court hereby dismisses this action without prejudice.

DATED: July 21, 2021                             _____/s/_____
                                                                Hon. Fernando M. Olguin
                                                                U.S. District Judge